No. 976. DENNISON BRICK & TILE COMPANY *v.* CHICAGO TRUST COMPANY ET AL. May 26, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied. *Mr. Smith W. Bennett* for petitioner. *Mr. George W. Reed* and *Mr. Brooklyn Bridge* for respondents.

No. 983. MARY BRAFMAN *v.* BENJAMIN BRAFMAN ET AL., ADMINISTRATORS, ETC. May 26, 1924. Petition for a writ of certiorari to the Court of Appeals of the State of Maryland denied. *Elizabeth F. Vilkomerson* for petitioner. No appearance for respondents.

No. 999. CLEVELAND & WESTERN COAL COMPANY *v.* MAIN ISLAND CREEK COAL COMPANY. May 26, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. F. Taplin* for petitioner. *Mr. John H. Holt* and *Mr. Murray Seasongood* for respondent.

No. 576. DENISON-PRATT PAPER COMPANY *v.* NEWS PUBLISHING COMPANY. June 2, 1924. Supplemental petition for a writ of certiorari to the Supreme Court of Appeals of the State of West Virginia denied. *Mr. Clarence W. Dealtry, Mr. Charles D. Merrick* and *Mr. Buford C. Tynes* for petitioner. *Mr. C. M. Hanna* for respondent. [See 263 U. S. 714.]

No. 806. E. R. PORTUCHECK *v.* UNITED STATES. June 2, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Will C. Austin* and *Mr. R. E. Taylor* for petitioner. No brief filed for the United States.